UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN PRISCA JAMES,

                    Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY.,

                    Defendant.

25 CIVIL 10497 (GS)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated June 1, 2026, this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**   New York, New York

          June 3, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                             **Clerk of Court**

                    **BY:**

                                        _____
                                             **Deputy Clerk**